|   |   |
|---|---|
| **To:** | The Honorable Robert J. Conrad, Jr. |
|   | U.S. District Court Judge |
| **From:** | Will Sinclair III |
|   | U.S. Probation Officer Specialist |
| **Subject:** | Anthony Trevino Pate |
|   | Case Number: 0419 3:16CR00253- 001 |
|   | **REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 4/24/2019 |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

On September 12, 2017, the Search and Entry Team conducted a warrantless search at the reported residence of abovementioned defendant. During this search, two cell phones were seized and utilized as evidence for the basis of violations one and two on the petition that was filed on October 30, 2017.

On April 20, 2018, Your Honor found the defendant guilty of violating the terms and conditions of his supervised release. The defendant was sentenced to thirteen (13) months custody of the Bureau of Prisons, to be followed by a two (2) year term of supervised release.

On April 18, 2019, the defendant signed a consent form for the destruction of the two cell phones that were seized during the search. That consent form has been attached to this request. This USPO is respectfully requesting that Your Honor permit our office to proceed with the destruction of the seized property.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7672, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: April 24, 2019

Robert J. Conrad, Jr.
United States District Judge